[No. 29431-9-I. Division One. April 5, 1993.]

J. LEWIS MILLER, ET AL, *Respondents*, v. VEN TOW
LEE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-17548-7, Carol A. Schapira, J., entered
October 3, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 28765-6-I. Division One. April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK
LEONARD DANCE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-04440-4, Bobbe J. Bridge, J., entered June
11, 1991. *Affirmed* by unpublished opinion per Forrest, J.,
concurred in by Grosse and Kennedy, JJ.

[No. 29816-0-I. Division One. April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TIM
VONSCHEELE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-05728-3, John M. Darrah, J., entered
December 18, 1991. *Affirmed* by unpublished per curiam
opinion.

[No. 26668-3-I. Division One. April 5, 1993.]

J. STEVE SUMMERSETT, ET AL, *Respondents*, v. THE CITY
OF MUKILTEO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-05934-5, Robert C. Bibb, J., entered
July 6, 1990. *Affirmed* by unpublished opinion per Webster,
C.J., concurred in by Coleman and Agid, JJ.